JS-6

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-3900-VBF(AGRx)**　　　　　　　Dated: **July 25, 2011**

Title:　Michael Johns -v- Equinox Fitness Woodland Hills, Inc., et al.

---

PRESENT: HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

　Mark Legget　　　　　　　　　　　　Chad Bernard

PROCEEDINGS:　SCHEDULING CONFERENCE; REMAND OF CASE TO SUPERIOR COURT OF CALIFORNIA

Case called, and counsel make their appearance.

Court and Counsel confer regarding the filing of the First Amended Complaint and the omission of all class and representative claims. As more fully reflected on the record, the Court, with stipulation from Counsel, hereby REMANDS this case to the Superior Court of California, County of Los Angeles, Case No. **BC458546.**

This case is now closed.

IT IS SO ORDERED.

Initials of Deputy Clerk　　jre

-1-　　　　　　　　　　　　　　　　　　　　　　:　3 min